# In the United States District Court
## for the Northern District of California
## Magistrate Judge Elizabeth D. Laporte

## CIVIL MINUTES

Date: November 8, 2011

Case No: **C- 11-02970 EDL**

Case Name: **DAVISON DESIGN v. CATHERINE RILEY**

    Attorneys:    Pltf: John Du Wors  Deft: Daniel Balsam

    Deputy Clerk:  Kristen Seib        Court Reporter: Debra Pas

**PROCEEDINGS:**                           **RULING:**

1. Motion to Dismiss                     Denied

2. Leave to Amend                      Granted

    [X]Case Management Conference  [] Status Conference  [] P/T Conference

**ORDERED AFTER HEARING:**

**Order to be prepared by:**  [] Plntf  [] Deft  [X]  Court

**Case continued to:**   for

**PRETRIAL SCHEDULE:**

Last day to add new parties: 11/14/2011
Discovery cutoff: 5/7/2012
Initial expert disclosure deadline: 1/16/2012
Rebuttal expert disclosure deadline: 1/31/2012
Expert discovery cutoff: 2/29/2012
Dispositive Motion filing deadline: 6/19/2012
Dispositive Motions hearing date: 7/24/2012
Pretrial Conference: 10/16/2012 at 2:00 p.m.
Trial: 11/5/2012  at 8:30 a.m., set for 3 days.
    [X ] Jury  [ ]  Court

Notes:
cc: