# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | | |
|---|---|---|
| Cathy Riley and Kristina Kirby | ) | |
| *Counter-Claimants* | ) ) ) | |
| v. | ) | Civil Action No. 3:11-cv-02970-EDL |
| Spire Vision Holdings Inc. et al (see attached) | ) ) ) | |
| *Counter-Defendants* | ) | |

## SUMMONS ON COUNTER-CLAIMS IN A CIVIL ACTION

To: *(Defendant's name and address)* Spire Vision Holdings Inc., c/o National Registered Agents Inc., 160 Greentree Drive, Suite 101, Dover, DE 19904

(see attached for other counter-defendants)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Law Offices of Timothy Walton, 9515 Soquel Drive, Suite #207, Aptos, CA 95003

The Law Offices of Daniel Balsam, 2912 Diamond Street #218, San Francisco, CA 94131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**RICHARD W. WIEKING**

*CLERK OF COURT*

Date: DEC 1 2 2011

**GINA AGUSTINE**

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CATHY RILEY, and<br>KRISTINA KIRBY | ) Case No. | 3:11-cv-02970 (EDL) |
|         Counter-claimants, | ) | |
| vs. | ) | |
| SPIRE VISION HOLDINGS INC., | ) | |
| CAIVIS ACQUISITION CORP. II, | ) | |
| CAIVIS ACQUISITION CORP. III, | ) | |
| XL MARKETING CORP., | ) | |
| SPIRE VISION LLC, | ) | |
| PROADVERTISERS LLC, | ) | |
| PRIME ADVERTISERS LLC, | ) | |
| MEDIACTIVATE LLC, | ) | |
| CONNECTIONCENTRALS, | ) | |
| SILVERINTERACTIVE, | ) | |
| DIGITAL PUBLISHING CORP., | ) | |
| WARD MEDIA INC., | ) | |
| ONDEMANDRESEARCH.COM, | ) | |
| 60MINUTEPAYDAY.COM, | ) | |
| ZACH ROBBINS, | ) | |
| AARP, | ) | |
| ACCELERATED PERFORMANCE – CHANNEL MANAGEMENT LLC, | ) | |
| ACCELERATED TAX SOLUTIONS INC., | ) | |
| AFFILIATENETWORK.COM MARKETING LLC, | ) | |
| AUTOTEGRITY INC., | ) | |
| STACEY BRUCK, | ) | |
| CASHFAST123 LLC, | ) | |
| CHANNEL CLARITY INC., | ) | |
| CONSUMERINJURYALERT.COM, | ) | |
| DAVISON DESIGN & DEVELOPMENT INC., | ) | |
| GMB DIRECT INC. | ) | |
| THE GREAT AMERICAN PHOTO CONTEST LLC, | ) | |
| WHAT IF HOLDINGS LLC, | ) | |
| KEYWEBJOBS.COM, | ) | |
| LIFESCRIPT INC., | ) | |
| MYPHOTOGRAPHYCAREER.COM, | ) | |
| POLICYGO.COM, | ) | |
| QUOTEWIZARD.COM LLC, | ) | |
| SPARK NETWORKS USA LLC, and | ) | |

DOES 1-100,                                              )
                                                         )
    Counter-defendants.                          )

## SUMMONS ON COUNTER-CLAIMS IN A CIVIL ACTION

To (Counter-defendants' name and address):

SPIRE VISION HOLDINGS INC., c/o National Registered Agents Inc., 160 Greentree Drive, Suite 101, Dover, DE 19904

CAIVIS ACQUISITION CORP. II, c/o National Registered Agents Inc., 160 Greentree Drive, Suite 101, Dover, DE 19904

CAIVIS ACQUISITION CORP. III, c/o National Registered Agents Inc., 160 Greentree Drive, Suite 101, Dover, DE 19904

XL MARKETING CORP., c/o National Registered Agents Inc., 160 Greentree Drive, Suite 101, Dover, DE 19904

SPIRE VISION LLC, 185 Madison Avenue, 5th Floor, New York, NY 10016-4325

PROADVERTISERS LLC, c/o National Registered Agents Inc., 160 Greentree Drive, Suite 101, Dover, DE 19904

PRIME ADVERTISERS LLC, c/o National Registered Agents Inc. of NV, 1000 East William Street, Suite 204, Carson City, NV 89701

MEDIACTIVATE LLC, c/o National Registered Agents Inc. of NV, 1000 East William Street, Suite 204, Carson City, NV 89701

CONNECTIONCENTRALS, 4225 Miller Road, B-9, 258, Flint, MI 48507

SILVERINTERACTIVE, 167 Cherry St. PMB # 162, Milford, CT, 06460

DIGITAL PUBLISHING CORP., c/o National Registered Agents Inc., 2875 Michelle Street, Suite 100, Irvine, CA 92606-1024

WARD MEDIA INC., c/o National Registered Agents Inc., 875 Avenue of the Americas, Suite 501, New York, NY 10001

ONDEMANDRESEARCH.COM, 185 Madison Avenue, 5th Floor, New York, NY 10016

60MINUTEPAYDAY.COM, 340 S. Lemon Avenue #6823, Walnut, CA 91789

ZACH ROBBINS, 816 N. Delsea Drive, Suite 833, Glassboro, NJ 08028

AARP, c/o C T Corporation, 1015 15th Street NW, Suite 1000, Washington, DC 20005

ACCELERATED PERFORMANCE – CHANNEL MANAGEMENT LLC, 701 East 3rd Street, Suite 210, Los Angeles, CA 90013

ACCELERATED TAX SOLUTIONS INC., 2221 NE 164th Street, Suite 393, North Miami Beach, FL 33160

AFFILIATENETWORK.COM MARKETING LLC, 260 West 36th Street, 10th Floor, New York, NY 10018

AUTOTEGRITY INC., c/o C T Corporation, 155 Federal Street, Boston, MA 02110

STACEY BRUCK, 2900 N Quinlan Park Road, Suite B240 #245, Austin, TX 78732

CASHFAST123 LLC, c/o Business Filings Inc., 108 West 13th Street, Wilmington, DE 19801

CHANNEL CLARITY INC., c/o Corporate Creations Network, 3023 N. Clark Street #318, Chicago, IL 60657

CONSUMERINJURYALERT.COM, 8690 Aero Drive, Suite 115-34, San Diego, CA 92123

DAVISON DESIGN & DEVELOPMENT INC., 595 Alpha Drive, Pittsburgh, PA 15238

GMB DIRECT INC., 20 West 22nd Street, Suite 709, New York, NY 10010

THE GREAT AMERICAN PHOTO CONTEST LLC, c/o Joshua Gillon, 18 Thatcher Road, Tenafly, NJ 07670-2921

WHAT IF HOLDINGS LLC, c/o Spiegel & Utrera PA, 642 Broad Street, Suite 2, Clifton, NJ 07013

KEYWEBJOBS.COM, 303 Park Avenue South #1037, New York, NY 10010

LIFESCRIPT INC., c/o Corporation Service Company, 830 Bear Tavern Road, Ewing, NJ 08628

MYPHOTOGRAPHYCAREER.COM, 6052 Upland Terrace South, Seattle, WA 98118

POLICYGO.COM, 8345 NW 66th Street #8577, Miami, FL 33166

QUOTEWIZARD.COM LLC, c/o Corporation Service Company, 300 Deschutes Way, Suit 304, Tumwater, WA 98501

SPARK NETWORKS USA LLC, c/o Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, DE 19808