1   Timothy J. Walton (State Bar No. 184292)
    LAW OFFICES OF TIMOTHY WALTON
2   9515 Soquel Drive Suite #207
    Aptos, CA 95003
3   Phone: (831) 685-9800
    Fax: (650) 618-8687
4
    Daniel L. Balsam (State Bar No. 260423)
5   THE LAW OFFICES OF DANIEL BALSAM
    2912 Diamond Street #218
6   San Francisco, CA 94131
    Tel. & Fax: (415) 869-2873
7
    Attorneys for Counter-Complainant
8   CATHY RILEY

9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11

12  DAVISON DESIGN & DEVELOPMENT          ) Case No.       3:11-cv-02970 (EDL)
    INC., *et al*.,                        )
13                                         ) **COUNTER-CLAIMANT'S AFFIDAVIT**
              Plaintiffs,                  ) **OF PROPER VENUE**
14                                         )
         vs.                               ) **Cal Civ. Code § 1780(d)**
15                                         )
    CATHY RILEY [erroneously sued as       )
16  Catherine Riley],                      )
                                           )
17            Defendant.                   )
                                           )
18                                         )
    CATHY RILEY,                           )
19                                         )
              Counter-claimant,            )
20                                         )
         vs.                               )
21                                         )
    SPIRE VISION HOLDINGS INC. *et al*,    )
22                                         )
              Counter-defendants.          )
23

24
                              **1**
              **COUNTER-CLAIMANT'S AFFIDAVIT OF PROPER VENUE**

I, Cathy Riley, declare:

1.     I am a counter-claimant in this lawsuit.

2.     California Civil Code § 1780(d) states:

> An action under subdivision (a) or (b) may be commenced in the county in which the person against whom it is brought resides, has his or her principal place of business, or is doing business, or in the county where the transaction or any substantial portion thereof occurred.
>
> In any action subject to this section, concurrently with the filing of the complaint, the plaintiff shall file an affidavit stating facts showing that the action has been commenced in a county described in this section as a proper place for the trial of the action.

3.     I am informed and believe and thereon allege that the transactions, or substantial portions thereof, that are the basis of this counter-claim occurred in the County of San Francisco and the Northern District of California.

4.     For the above reasons, venue is proper in the U.S. District Court for the Northern District of California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed in San Francisco, California.

Dated:     Dec. 27, 2011         /s/ Cathy Riley
                                           Counter-Complainant

**2**

**COUNTER-CLAIMANT'S AFFIDAVIT OF PROPER VENUE**