1  Timothy J. Walton (State Bar No. 184292)
    LAW OFFICES OF TIMOTHY WALTON
2  9515 Soquel Drive Suite #207
    Aptos, CA 95003
3  Phone: (831) 685-9800
    Fax: (650) 618-8687
4

5  Daniel L. Balsam (State Bar No. 260423)
    THE LAW OFFICES OF DANIEL BALSAM
    2912 Diamond Street #218
6  San Francisco, CA 94131
    Tel. & Fax: (415) 869-2873
7

8  Attorneys for Defendant/Counter-Claimant
    CATHY RILEY

9

10                 **UNITED STATES DISTRICT COURT**

11    **NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)**

12  Davison Design & Development Inc., *et al*.,  )  Case No.     3:11-cv-02970 (EDL)
                            )
13          Plaintiffs,          )  **COUNTER-CLAIMANT'S REQUEST TO**
                            )  **ENTER COUNTER-DEFENDANTS'**
14       vs.               )  **DEFAULT**
                            )
15  Cathy Riley [erroneously sued as Catherine  )
    Riley],                        )
16                            )
                Defendant.        )
17    ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾)
    CATHY RILEY,              )
18                            )
          Counter-Claimant,   )
19                            )
       vs.               )
20                            )
    SPIRE VISION HOLDINGS INC., *et al*   )
21                            )
          Counter-Defendants.  )
22  ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾)
    //
23  //

24

                                      **1**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Defendant/Counter-Claimant Cathy Riley ("Riley") hereby requests that the Clerk of the above-entitled Court enter default in this matter against Counter-Defendants –

- Davison Design & Development Inc., a Pennsylvania corporation,
- XL Marketing Corp., a Delaware corporation,
- Spire Vision Holdings, Inc., a Delaware corporation,
- ProAdvertisers, LLC, a Delaware Limited Liability Company,
- Prime Advertisers, LLC, a Nevada Limited Liability Company,
- MediActivate, LLC, a Nevada Limited Liability Companies,
- ConnectionCentrals, [allegedly] a Delaware Series Limited Liability Company

– as to Riley's First Amended Counter-Claims against the above-referenced Counter-Defendants, on the grounds that said Counter-Defendants failed to respond to Riley's First-Amended Counter-Claims within the time prescribed by the Federal Rules of Civil Procedure.

On December 27, 2011, Riley served the above-referenced Counter-Defendants with the First Amended Counter-Claim ("FACC") by filing it electronically with this Court.  Docket #27.

FRCP 12(a)(1)(B) states that a party must serve an answer to a counter-claim within 21 days after being served with the pleading that states the counter-claim.

As of the filing of this Request for Entry of Default on January 25, 2012, the above-referenced Counter-Defendants have not filed an answer or any other motion pursuant to FRCP 12, even though more than 21 days have passed since Riley served Counter-Defendants via ECF.

Accordingly, Riley requests that the Clerk enter the above-referenced Counter-Defendants' default.

**COUNTER-CLAIMANT'S REQUEST TO ENTER COUNTER-DEFENDANTS' DEFAULT**

1    The above stated facts are set forth in the First Amended Counter-Claim, Docket #27, on

2    file with this Court, and the Register of Actions in general.

3
                                                    THE LAW OFFICES OF DANIEL BALSAM
4
     Dated:_____Jan. 25, 2012_____    /s/ Daniel L. Balsam
5                                        Daniel L. Balsam
                                         Attorneys for Defendant/Counter-Complainant
6                                        Cathy Riley

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

**3**