| | |
|---|---|
| *Attorney or Party Without Attorney*<br>Daniel L. Balsam (State Bar No. 260423)<br>THE LAW OFFICES OF DANIEL BALSAM<br>2912 Diamond Street #218<br>San Francisco, CA 94131<br>     *Telephone No.:*   415-869-2873<br>     *Fax No.:*   415-869-2873<br>     *Attorney for:*   Defendant/Counter-Claimant Cathy Riley | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>U.S. District Court for the Northern District of California<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | |
|      *Counter-Claimant:*   Cathy Riley<br>     *Counter-Defendant:*   Spire Vision Holdings Inc. et al | *Case Number:*<br>3:11-cv-02970 (EDL) |
| **PROOF OF SERVICE OF SUMMONS** | *Ref. No. or File No.:* |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:

Summons on First Amended Counter-Claims, First Amended Counter-Claims, CLRA Affidavit of Venue, Clerks's Order/Assignment to Magistrate Laporte, Consent/Declination to Magistrate Laporte, ADR Order & CMC Deadlines, Case Management & Pretrial Order, Standing Order (All ND Cal Judges), Standing Order (Laporte), Standing Order re: CMS (All ND Cal Judges), Standing Order re: CMC (Laporte), Case Management Statement Forms, ECF Registration Information Handout

3.   a.   Party served: STACEY BRUCK

4.   Address where the party was served:
     2900 N. Quinlan Park Road, Ste. B240 #245, Austin, TX 78732

5.   I served the party:

   c.   [ X ] **by mail and acknowledgement of receipt of service.**  I mailed the documents listed in item 2 to the party,
        to the address shown in item 4, by first-class mail, postage prepaid,
        (1) on (date):      Jan. 27, 2012      (2) from (city):  San Francisco, CA
        (4) [ X ] to an address outside California with return receipt requested.  (Code Civ. Proc. § 415.40.)

7.   Person who served papers
     a.   Name:                    Daniel Balsam
     b.   Address:                 The Law Offices of Daniel Balsam, 2912 Diamond St. #218, San Francisco, CA 94131
     c.   Telephone number:        415-869-2873
     d.   The fee for service was: $0
     e.   I am:
          (2) [ X ] exempt from registration under Business & Professions Code § 22350(b).

8.   [ X ] I declare under penalty of perjury under the laws of the State of California and the United States of America that
         the foregoing is true and correct.

Date:     Feb. 10, 2012

Daniel Balsam                                             /s/ Daniel Balsam
Name of Person Who Served/Sheriff or Marshal              Signature

| Sender: Complete this section | Complete this section upon Delivery: | |
|---|---|---|
| 1. Complete item 2.<br>2. Print your name and address on the reverse so that we can return the card to you.<br>3. Attach this card to the back of the mailpiece, or on the front if space permits. | [signature] | |
| 1. Article Number<br><br>9502 7000 1313 2025 0001 29 | A. Received by (Printed name)<br>Mike Baker | B. Date of Delivery |
| 2. Article Addressed to<br><br>Stacey Brock<br>2900 N. Quinlan Park Rd,<br>Ste B240 #245<br>Austin, TX 78732 | C. Signature | ☐ Agent<br>☐ Addressee |
| | D. Is delivery address different from item 2?<br>If YES, enter delivery address below | ☐ Yes<br>☐ No |
| 3. Service Type<br><br>**CERTIFIED MAIL** | | |
| 4. Restricted Delivery? (Extra fee) | | |

PS Form **3811V**, March 2005 (PSN: 7530-07-000-0300)   Domestic Return Receipt