Timothy J. Walton (State Bar No. 184292)
LAW OFFICES OF TIMOTHY WALTON
9515 Soquel Drive Suite #207
Aptos, CA 95003
Phone: (831) 685-9800
Fax: (650) 618-8687

Daniel L. Balsam (State Bar No. 260423)
THE LAW OFFICES OF DANIEL BALSAM
2912 Diamond Street #218
San Francisco, CA 94131
Tel. & Fax: (415) 869-2873

Attorneys for Defendant/Counter-Claimant
CATHY RILEY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| DAVISON DESIGN & DEVELOPMENT INC., *et al*,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>CATHY RILEY [erroneously sued as Catherine Riley],<br><br>　　　　　Defendant.<br>──────────────────────<br>CATHY RILEY, an individual,<br><br>　　　　　Counter-Claimant,<br><br>vs.<br><br>SPIRE VISION HOLDINGS INC., a Delaware corporation, *et al,*<br><br>　　　　　Counter-Defendants. | Case No.　　3:11-cv-02970 (EDL)<br><br>**COUNTER-CLAIMANT'S REQUEST FOR ENTRY OF DEFAULT AS TO COUNTER-DEFENDANTS STACEY BRUCK, GMB DIRECT INC., AND QUOTEWIZARD.COM LLC**<br><br>FRCP 12(a)(1)(A) |

**1**
**COUNTER-CLAIMANT'S REQUEST FOR ENTRY OF DEFAULT**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Defendant/Counter-Claimant Cathy Riley ("Riley") hereby requests that the Clerk of the above-entitled Court enter default in this matter against certain Counter-Defendants on the grounds that these Counter-Defendants failed to respond to Riley's First Amended Counter-Claims within the 21 day period time prescribed by FRCP 12(a)(1)(A).

- STACEY BRUCK, an individual, who was served on February 6, 2012. *See* Proof of Service (Amended), Docket #59.
- GMB DIRECT INC., a business entity of unknown organization, which was served on February 2, 2012. *See* Proof of Service (Amended), Docket #62.
- QUOTEWIZARD.COM LLC, a Delaware limited liability company, which was served on February 2, 2012. *See* Proof of Service, Docket #48.

As of the filing of this Request for Entry of Default on February 28, 2012, none of these Counter-Defendants have filed an Answer or any other motion pursuant to FRCP 12, even though more than 21 days have passed since each was served.

Accordingly, Riley requests that the Clerk enter their default.

THE LAW OFFICES OF DANIEL BALSAM

Dated: Feb. 28, 2012         /s/ Daniel L. Balsam
                             Daniel L. Balsam
                             Attorneys for Defendant/Counter-Claimant
                             Cathy Riley

**2**
**COUNTER-CLAIMANT'S REQUEST FOR ENTRY OF DEFAULT**