**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
―――――――――――
www.cand.uscourts.gov

Richard W. Wieking                                                                                          General Court Number
Clerk                                                                                                                            415.522.2000

March 1, 2012

**RE:  <u>DAVISON DESIGN & DEVELOPMENT INC., et al. -v- CATHERINE RILEY, et al., Case Number C-11-2970-EDL</u>**

*Default*  is  *entered*  as to **Counter-Defendants Stacey Bruck & QuoteWizard.com LLC** on **March 1, 2012.**

RICHARD W. WIEKING, Clerk

by:  <u>Thelma Nudo</u>
Deputy Clerk

NDC TR-4  Rev. 3/89