John Du Wors, State Bar No. 233913
duwors@newmanlaw.com
NEWMAN DU WORS LLP
1201 Third Avenue, Suite 1600
Seattle, WA 98101
Telephone:   (206) 274-2800
Facsimile:    (206) 274-2801

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Davison Design & Development Inc. et al., <br><br> Plaintiffs/Counter-Defendants, <br> v. <br><br> Cathy Riley, an individual, <br><br> Defendant/Counter-Plaintiff. | No. 11-2970-EDL <br> No. 11-5107-EMC <br><br> Lead Case No. 11-2970-EDL <br><br> **JOINT REQUEST TO SET ASIDE ENTRY OF COUNTER-DEFENDANTS' DEFAULT** |
| Cathy Riley, an individual, and Kristina Kirby, an individual, <br><br> Counter-Claimant, <br><br> v. <br><br> OnDemandResearch.com et al., <br><br> Counter-Defendants. | |
| XL Marketing Corp. et al., <br><br> Plaintiffs, <br> v. <br><br> Kristina Kirby, an individual, <br><br> Defendant. | |

In accordance with the Stipulation and Order Consolidating Case No. 3:11-cv-02970 with Case No. 3:11-cv-05107 (Docket #73 on this case number), the Parties jointly

1
**JOINT REQUEST TO SET ASIDE ENTRY OF COUNTER-DEFENDANT'S DEFAULT—CV-11-2970-EDL**

request that this Court set aside the default of Counter-Defendants Spire Vision Holdings Inc. *et al* to Riley's First Amended Counter-Claims (Docket #38 in Case No. 11-2970).

**NEWMAN DU WORS LLP**

Dated: Mar. 12, 2012        /s/ John Du Wors
John Du Wors
Attorneys for Counter-Defendants Davison Design & Development Inc. et al

**THE LAW OFFICES OF DANIEL BALSAM**

Dated: Mar. 9, 2012        /s/ Daniel L. Balsam (by permission)
Daniel L. Balsam
Attorneys for Counter-Claimant Cathy Riley