John Du Wors, State Bar No. 233913
duwors@newmanlaw.com
NEWMAN DU WORS LLP
1201 Third Avenue, Suite 1600
Seattle, WA 98101
Telephone:    (206) 274-2800
Facsimile:    (206) 274-2801

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Davison Design & Development Inc. et al., | No. 11-2970-EDL |
| Plaintiffs/Counter-Defendants, | No. 11-5107-EMC |
| v. | Lead Case No. 11-2970-EDL |
| Cathy Riley, an individual, | ORDER ON **JOINT REQUEST TO SET ASIDE ENTRY OF COUNTER-DEFENDANTS' DEFAULT** |
| Defendant/Counter-Plaintiff. | |
| Cathy Riley, an individual, and Kristina Kirby, an individual, | |
| Counter-Claimant, | |
| v. | |
| OnDemandResearch.com et al., | |
| Counter-Defendants. | |
| XL Marketing Corp. et al., | |
| Plaintiffs, | |
| v. | |
| Kristina Kirby, an individual, | |
| Defendant. | |

In accordance with the Stipulation and Order Consolidating Case No. 3:11-cv-02970 with Case No. 3:11-cv-05107 (Docket #73 on this case number), the Parties jointly

1

**JOINT REQUEST TO SET ASIDE ENTRY OF COUNTER-DEFENDANT'S DEFAULT—CV-11-2970-EDL**

request that this Court set aside the default of Counter-Defendants Spire Vision Holdings Inc. *et al* to Riley's First Amended Counter-Claims (Docket #38 in Case No. 11-2970).

**NEWMAN DU WORS LLP**

Dated: Mar. 12, 2012      /s/ John Du Wors
John Du Wors
Attorneys for Counter-Defendants Davison Design & Development Inc. et al

**THE LAW OFFICES OF DANIEL BALSAM**

Dated: Mar. 9, 2012      /s/ Daniel L. Balsam (by permission)
Daniel L. Balsam
Attorneys for Counter-Claimant Cathy Riley

**ORDER**

Pursuant to stipulation, IT IS HEREBY ORDERED that the default entered against Counterdefendants Davison Design & Development Inc., XL Marketing Corp., Spire Vision Holdings, Inc., ProAdvertisers, LLC, Prime Advertisers, LLC, MediActivate, LLC and ConnectionCentrals be set aside. Counterdefendants' motion to set aside entry of default is hereby denied as moot (doc. no. 39).

Dated: March 16, 2012

IT IS SO ORDERED
/s/ Elizabeth D. Laporte
Judge Elizabeth D. Laporte