**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

March 28, 2012

**RE:  DAVISON DESIGN & DEVELOPMENT INC., et al. -v- CATHERINE RILEY, et al.,
Case Number C-11-2970-EDL**

**Default** is *declined* as to **Counter-Defendant  Accelerated Performance - Channel Management LLC** on **March 28, 2012**.

RICHARD W. WIEKING, Clerk

by:  Thelma Nudo
     Deputy Clerk