**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                                       General Court Number
Clerk                                                                                              415.522.2000

### April 19, 2012

**CASE NUMBER:  CV 11-02970 EDL**
**CASE TITLE:  DAVISON DESIGN-v-CATHERINE RILEY**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **OAKLAND** division.

**Honorable PHYLLIS J. HAMILTON** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **PJH** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 4/19/12

                                                                FOR THE EXECUTIVE COMMITTEE:

                                                                _____/s/ Richard W. Wieking_____
                                                                                                            Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                   Special Projects
Log Book Noted                                          Entered in Computer 4/19/12 MAB


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                 Transferor CSA