UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVISON DESIGN & DEVELOPMENT, INC., et al.,

        Plaintiff(s),

    v.

CATHERINE RILEY,

        Defendant(s).
_____/

No. C 11-02970 PJH

**ORDER SETTING CASE MANAGEMENT CONFERENCE**

This matter was reassigned to the undersigned judge on April 19, 2012. The reassignment order VACATES all hearing, pretrial and trial dates. The court notes, however, that at least one motion has been re-noticed for hearing on this court's May 9, 2012 calendar. By this order, the court VACATES the May 9, 2012 hearing date and instead schedules a Case Management Conference for **May 10, 2012, at 2:00 p.m.** in Courtroom 3, U.S. District Court, 1331 Clay Street, Oakland, CA.

At least 7 days before the conference, the parties shall file a case management statement which specifically explains who all the dozens of parties that appear on the docket are and whether they are properly joined, what the status of service on all parties is, which served parties have appeared, which parties are currently in default, the status of prior motion practice, in addition to all of the other matters required by this district's standing order regarding the contents of a case management statement. The court would appreciate a list in chart form of the parties and relationships.

**IT IS SO ORDERED.**

Dated: April 23, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge