UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVISON DESIGN & DEVELOPMENT INC., et al.,

    Plaintiff(s),

    v.

CATHY RILEY, et al.,

    Defendant(s).
_____/

XL MARKETING CORP., et al.,

    Plaintiff(s)

    v.

KRISTINA KIRBY,

    Defendant(s).
_____/

No. C 11-2970 PJH

**ORDER VACATING ORDER CONSOLIDATING CASES; STAYING LATER-FILED CASE; AND PRETRIAL ORDER**

No. C 11-5107 PJH

        On March 8, 2012, Magistrate Judge Laporte approved a stipulation and order of the parties relating and consolidating these two cases. The stipulation contains a number of actions the parties were required to take upon its approval by the court. Many of those actions have not taken place, no consolidated amended complaint has been filed, and the parties continue to file matters under both case captions and numbers, which in effect defeats the purpose of consolidation. In view of the parties latest joint case management statement and the lengthy discussions at the last two case management conferences, and in light of the complexity of the case, the misalignment of the parties in a declaratory relief action, and the sheer number of parties, the court hereby VACATES **the order consolidating the cases**. They shall proceed as two separate cases and the docket will

be revised to reflect their separate but related status.

Additionally, given the overlap of many of the issues and the similarity of the parties and attorneys, the earlier-filed case shall proceed first and the later-filed case (C 11-5107) is hereby **STAYED** pending resolution of the earlier-filed case or further order of the court.

Accordingly, documents should bear only the case caption and case number of the case to which they pertain; and given that the later-filed action is stayed, most documents should be filed in only the C 11-2970 docket.

All pending motions in both cases that were not disposed of at the May 10, 2012 case management conference are **TERMINATED** and must be re-noticed if any party wishes to pursue them.

All previously scheduled dates in either case are **VACATED** and the court enters the following pretrial schedule for C 11-2970:

| | |
|---|---|
| Expert discovery cutoff date: | June 15, 2012 (closed) |
| Fact discovery cutoff date: | October 31, 2012 |
| Cross motions for summary judgment filing date: | November 28, 2012 |
| Oppositions due: | December 12, 2012 |
| Reply briefs due: | December 19, 2012 |
| Hearing date: | January 16, 2013, 9:00 a.m. |

As it is not clear to the court that there is subject matter jurisdiction notwithstanding the parties' stipulation that defendant would not contest jurisdiction, the court will review the prior orders in the case and the complaint to determine whether the complaint should be dismissed sua sponte. Assuming the case is not dismissed, a trial date will be scheduled after resolution of dispositive motions.

**IT IS SO ORDERED.**

Dated: June 29, 2012

PHYLLIS J. HAMILTON
United States District Judge