UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVISON DESIGN & DEVELOPMENT INC., et al.,

        Plaintiff(s),

        v.

CATHY RILEY, et al.,

        Defendant(s).

                                        /

No. C 11-2970 PJH

**ORDER TO SHOW CAUSE RE AMOUNT IN CONTROVERSY**

Defendant and counter-claimant Cathy Riley ("defendant") has, in her counter-claims, been inconsistent as to the amount of damages that are at issue. Specifically, the court notes that, in her original counter-claims, defendant alleged $71,000 in damages. See Dkt. 24 at 23. Then, in defendant's first amended counter-claims, $78,000 in damages were alleged. See Dkt. 27 at 24. Finally, in the now-operative second amended counter-claims, defendant alleges $60,000 in damages. See Dkt. 74 at 24. As such, the court finds that there is ambiguity as to the amount in controversy, and orders defendant to submit a declaration as to the true amount in controversy, the basis for that amount, and the reason for the inconsistency in her pleadings. Defendant shall file the declaration by **July 27, 2012**.

      **IT IS SO ORDERED.**

Dated: July 12, 2012

                                                PHYLLIS J. HAMILTON
                                                United States District Judge