UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVISON DESIGN & DEVELOPMENT INC., et al.,

        Plaintiff(s),

        v.

CATHY RILEY, et al.,

        Defendant(s).

No. C 11-2970 PJH

**ORDER RE SUBJECT MATTER JURISDICTION**

The court has received declarations from both parties in this action, and finds that the amount in controversy at the time of filing was $78,000, thus giving this court subject matter jurisdiction under 28 U.S.C. § 1332. For jurisdictional purposes, the amount in controversy is measured only at the time of filing. Any "[e]vents occurring after the filing of the complaint that reduce the amount recoverable below the requisite amount do not oust the court from jurisdiction." Budget Rent-A-Car, Inc. v. Higashiguchi, 109 F.3d 1471, 1473 (9th Cir. 1997) (citing St. Paul Mercury Indem. Co. v. Red Cab Co., 303 U.S. 283, 292-93 (1938)). Thus, the court is satisfied that jurisdiction is proper.

**IT IS SO ORDERED.**

Dated: July 23, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge