UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVISON DESIGN & DEVELOPMENT, et al,

    Plaintiff(s),                 No. C 11-2970 PJH

    v.                         **ORDER OF REFERENCE**
                                  **TO MAGISTRATE JUDGE**

CATHY RILEY,

    Defendant(s).

_____/

    Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for resolution of Plaintiffs' Motion to Compel Discovery Responses, and for all further discovery. Any date for hearing on discovery motions previously noticed on the undersigned's calendar is VACATED.

    The parties shall contact the courtroom clerk of the assigned magistrate judge about that judge's procedures for resolving discovery disputes. The information may also be available on the court's website.

    IT IS SO ORDERED.

Dated: October 25, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge

cc: MagRef, Assigned M/J, counsel of record