UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| DAVISON DESIGN & DEVELOPMENT INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> CATHERINE RILEY, et al., <br><br> Defendants. | No. C 11-2970 PJH (MEJ) <br><br> **DISCOVERY ORDER** <br><br> **Re: Docket No. 170** |

Pending before the Court is the parties' joint discovery dispute letter, filed November 9, 2012. Dkt. No. 170. Upon review of the parties' letter, the Court ORDERS as follows:

1) Defendant shall respond to each Plaintiffs' first 25 interrogatories; and

2) Defendant shall respond to each Plaintiffs' requests for production of documents.

Any claims of privilege shall be accompanied by a privilege log.

**IT IS SO ORDERED.**

Dated: November 21, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge