UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVISON DESIGN & DEVELOPMENT INC., et al.,

    Plaintiff(s),

    v.

CATHY RILEY,

    Defendant(s).
_____/

No. C 11-2970 PJH

**ORDER RE CHAMBERS COPIES**

PLEASE TAKE NOTICE that the chambers copy of the Declaration of John Du Wors in Support of Plaintiffs' Motion for Summary Judgment (Dkt. 176) was submitted in a format that is not usable by the court.

The chambers copy is not usable because it

- ☒ consists of a stack of loose paper wrapped with a rubber band;
- ☐ consists of a stack of loose paper fastened with a binder clip or a paper clip;
- ☐ is too thick to permit secure fastening with a staple, and is fastened with a brad-type fastener that is too short for the thickness of the document;
- ☒ has no tabs for the exhibits;
- ☐ includes exhibits that are illegible;
- ☐ includes exhibits that are unreadable because the print is too small;
- ☐ includes text and/or footnotes in a font smaller than 12 point;
- ☐ includes portions or exhibits that are redacted because the submitting party has requested leave to file those portions under seal; or

1  ☐     is not usable for another reason –

2  The paper used for the above-described chambers copy has been recycled by the
3  court.  No later than December 6, 2012, plaintiffs shall submit a chambers copy in a format
4  that is usable by the court.

5  **IT IS SO ORDERED.**

7  Dated: December 4, 2012

8  _____
   PHYLLIS J. HAMILTON
   United States District Judge