UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**Date:** January 16, 2013 (Time: 32 minutes)     **JUDGE:** Phyllis J. Hamilton

**Case No:** C-11-2970 PJH
**Case Name:** Davison Design & Development, et al. v. Riley

**Attorney(s) for Plaintiff:**     Leeor Neta
**Attorney(s) for Defendant:**     Dan Balsam; Timothy Walton; Katherine Basile

**Deputy Clerk:** Nichole Heuerman     **Court Reporter:** Sarah Goekler

PROCEEDINGS

   Plaintiffs' Motion for Summary Judgment-Held. The court takes the matter under submission.

**Order to be prepared by:**   [] Pl [] Def  [x]  Court

**Notes:**

**cc: chambers**