Timothy J. Walton (State Bar No. 184292)
Jim C. Twu (State Bar No. 175032)
WALTON TWU LLP
9515 Soquel Drive Suite #207
Aptos, CA 95003
Phone: (831) 685-9800
Fax: (650) 618-8687

Daniel L. Balsam (State Bar No. 260423)
THE LAW OFFICES OF DANIEL BALSAM
2912 Diamond Street #218
San Francisco, CA 94131
Tel. & Fax: (415) 869-2873

Attorneys for Defendant/Counter-Claimant
CATHY RILEY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA (OAKLAND DIVISION)

| | |
|---|---|
| DAVISON DESIGN & DEVELOPMENT INC., *et al*, | ) Case No.  4:11-cv-02970 (PJH) ) |
| Plaintiffs, | ) **[PROPOSED] ORDER GRANTING** ) **MOTION FOR LEAVE TO AMEND** ) **COUNTER-CLAIMS** |
| vs. | ) ) |
| CATHY RILEY, | ) Date:  October 23, 2013 ) Time:  9:00 am |
| Defendant. | ) Courtroom:  3, 3rd Floor ) |
| CATHY RILEY, | ) ) |
| Counter-Claimant, | ) ) |
| vs. | ) ) |
| SPIRE VISION HOLDINGS INC. *et al*, | ) ) |
| Counter-Defendants. | ) |

**1**
**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO AMEND COUNTER-CLAIMS**

Defendant/Counter-Claimant Cathy Riley's Motion for Leave to Amend Counter-Claims and to file the [Proposed] Third Amended Counter-Claims as submitted on August 23, 2013, is hereby GRANTED.

**IT IS SO ORDERED.**

Dated:

HON. PHYLLIS HAMILTON