Timothy J. Walton (State Bar No. 184292)
Jim C. Twu (State Bar No. 175032)
WALTON TWU LLP
9515 Soquel Drive Suite #207
Aptos, CA 95003
Phone: (831) 685-9800
Fax: (650) 618-8687

Daniel L. Balsam (State Bar No. 260423)
THE LAW OFFICES OF DANIEL BALSAM
2912 Diamond Street #218
San Francisco, CA 94131
Tel. & Fax: (415) 869-2873

Attorneys for Defendant/Counter-Claimant
CATHY RILEY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA (OAKLAND DIVISION)**

| | |
|---|---|
| DAVISON DESIGN & DEVELOPMENT INC., *et al*, <br><br>         Plaintiffs, <br><br>    vs. <br><br> CATHY RILEY, <br><br>         Defendant. <br><br> CATHY RILEY, <br><br>         Counter-Claimant, <br><br>    vs. <br><br> SPIRE VISION HOLDINGS INC. *et al*, <br><br>         Counter-Defendants. | Case No.     4:11-cv-02970 (PJH) <br><br> **DECLARATION OF CATHY RILEY IN SUPPORT OF COUNTER-CLAIMANT'S MOTION FOR LEAVE TO AMEND COUNTER-CLAIMS** <br><br> Date:          October 23, 2013 <br> Time:         9:00 am <br> Courtroom:  3, 3rd Floor |

**1**

**DECLARATION OF CATHY RILEY IN SUPPORT OF
COUNTER-CLAIMANT'S MOTION FOR LEAVE TO AMEND COUNTER-CLAIMS**

I, Cathy Riley, declare as follows:

1. I am a natural person residing in San Francisco, California. I am the Defendant/Counter-Claimant in the above-referenced case. I make this declaration based upon personal knowledge. If called upon to do so, I could and would testify to the truth of the facts stated in this Declaration.

2. In January 2013, I received 12 unsolicited commercial email advertisements that I believe advertised and/or were sent by one of more of the Spire Vision entities who are the Plaintiffs/Counter-Defendants in this Action.

3. I received these 2013 unsolicited commercial email advertisements at my same email address at which I received the 115 unsolicited commercial email advertisements in 2011 that advertised and/or were sent by one or more of the Spire Vision entities.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and this declaration was signed on August 23, 2013 in San Francisco, California.

_____
Cathy Riley