UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVISON DESIGN & DEVELOPMENT INC., et al.,

    Plaintiffs,

    v.

CATHY RILEY,

    Defendant.

No. C 11-2970 PJH

**JUDGMENT**

This action came on for hearing before the court, and the issues having been duly heard and the court having granted plaintiffs' motion for summary judgment regarding defendant's counter-claims, and having declined to exercise jurisdiction over plaintiffs' declaratory judgment claims,

    it is Ordered and Adjudged

    that judgment is entered in favor of plaintiffs and counter-defendants Davison Design & Development, Inc., et al. and against defendant and counter-plaintiff Cathy Riley on Riley's counter-claims.

**IT IS SO ORDERED.**

Dated: November 8, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge